Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
           kbarlow@greeneinfusolaw.com

Attorneys for Alex Berezovsky and Noesis Estate Management, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>WEST SAHARA COMMUNITY ASSOCIATION; ALEX BEREZOVSKY, individually and as Trustee of THE ABER TRUST; NOESIS ESTATE MANAGEMENT, LLC; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No. 2:16-cv-00500-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ALEX BEREZOVSKY AND NOESIS ESTATE MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

Plaintiff Bank of America, N.A. ("Plaintiff"), and Defendants Alex Berezovsky and Noesis Estate Management, LLC (collectively "Noesis"), by and through their respective undersigned counsel of record, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed a Complaint ("Complaint") on or about March 8, 2016;

WHEREAS, counsel for Plaintiff and for Noesis have agreed that Noesis may have until April 15, 2015 within which to file a response to Plaintiff's Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

1

1  THEREFORE, Noesis shall have until April 15, 2016 in which to file its response to
2  Plaintiff's Complaint.

3  Dated: April 5, 2016                          Dated: April 5, 2016

4  **GREENE INFUSO, LLP**                        **Akerman, LLP**

6  /s/ Michael V. Infuso                         /s/ William S. Habdas
   Michael V. Infuso, Esq., Nevada Bar No. 7388  William S. Habdas, Esq.
   Keith W. Barlow, Esq., Nevada Bar No. 12689   Nevada Bar No. 13138
7  3030 South Jones Boulevard, Suite 101         1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89146                       Las Vegas, Nevada 89144

   Attorneys for Alex Berezovsky and Noesis      Attorneys for Plaintiff
9  Estate Management, LLC

## O R D E R

**IT IS SO ORDERED.**

Dated this __6th__ day of April, 2016.

**RICHARD F. BOULWARE, II**
**United States District Judge**