# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>WEST SAHARA COMMUNITY ASSOCIATION, *et al.*, <br><br>　　　　Defendants. | 2:16-cv-00500-RFB-VCF <br>**ORDER** |

Before the court is the Application for Order Allowing Publication of Summons and Counterclaims on Unknown Doe Defendants (ECF No. 16).

IT IS HEREBY ORDERED that a hearing on the Application for Order Allowing Publication of Summons and Counterclaims on Unknown Doe Defendants (ECF No. 16) is scheduled for 1:00 p.m., June 9, 2016, in courtroom 3D.

DATED this 24th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE