**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>              Plaintiff,<br><br>vs.<br><br>WEST SAHARA COMMUNITY ASSOCIATION, *et al.*,<br><br>              Defendants. | 2:16-cv-00500-RFB-VCF<br>**ORDER** |

      Before the court is Plaintiff's *Ex Parte* Application for an Order Extending Time to Serve Summons and Counterclaim and Allowing Service by Publication (ECF No. 30). Defendants Alex Berezovsky, as an individual and as Trustee of the Aber Trust, Noesis Estate Management LLC, and ATC Assessment Collection Group, LLC, have made an appearance in this matter. (ECF Nos. 11, 17, and 18). Plaintiff filed the instant motion as *ex parte* but has not provided the court with any reason to grant the relief on an *ex parte* basis.

      Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure.

      Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to all parties.

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to Plaintiff's Ex Parte Application for an Order Extending Time to Serve Summons and Counterclaim and Allowing Service by Publication (ECF No. 30) must be filed on or before July 25, 2016. No reply necessary.

The Clerk of Court is directed to remove the *ex parte* status on Plaintiff's Ex Parte Application for an Order Extending Time to Serve Summons and Counterclaim and Allowing Service by Publication (ECF No. 30).

DATED this 18th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE