Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
      kbarlow@greeneinfusolaw.com
      skirby@greeneinfusolaw.com

Attorneys for Alex Berezovsky and Noesis
Estate Management, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> WEST SAHARA COMMUNITY ASSOCIATION; ALEX BEREZOVSKY, individually and as Trustee of THE ABER TRUST; NOESIS ESTATE MANAGEMENT, LLC; and ATC ASSESSMENT COLLECTION GROUP, LLC, <br><br> Defendants. | Case No. 2:16-cv-00500-RFB-BNW <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ALEX BEREZOVSKY AND NOESIS ESTATE MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> (First Request) |

    Plaintiff Bank of America, N.A. ("Plaintiff"), and Defendants Alex Berezovsky and Noesis Estate Management, LLC (collectively "Noesis"), by and through its respective undersigned counsel of record, hereby stipulate and agree to the following:

    WHEREAS, Plaintiff filed its Motion for Summary Judgment ("Motion") on or about May 14, 2020;

    WHEREAS, Noesis's opposition ("Opposition") is due on June 4, 2020;

    WHEREAS, counsel for Plaintiff and for Noesis have agreed that Noesis may have until June 8, 2020, within which to file its Opposition to Plaintiff's Motion;

1

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, Noesis shall have until June 8, 2020 in which to file its Opposition to Plaintiff's Motion.

Dated: June 2nd, 2020

**GREENE INFUSO, LLP**

/s/   Michael Infuso
Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Alex Berezovsky and Noesis Estate Management, LLC

Dated: June 2nd, 2020

**Akerman, LLP**

/s/   Scott Lachman
Darren T. Brenner, Esq., Nevada Bar No. 8386
Scott R. Lachman, Esq., Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that:  The deadline for Noesis to file its Opposition to Plaintiff's Motion for Summary Judgment is extended until on or before June 8, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of June, 2020.