MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> WEST SAHARA COMMUNITY ASSOCIATION; ALEX BEREZOVSKY, INDIVIDUAL AND AS TRUSTEE OF THE ABER TRUST; NOESIS ESTATE MANAGEMENT LLC; and ATC ASSESSMENT COLLECTION GROUP, LLC, <br><br> Defendants. <br> NOESIS ESTATE MANAGEMENT, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br> v. <br><br> BANK OF AMERICA, N.A.; JASON L. SNOW, an individual; and any and all other person unknown claiming any right, title, estate, lien, or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES 1 through 10, inclusive, <br><br> Counter-defendants, | Case No.: 2:16-cv-00500-RFB-BNW <br><br> **JOINT STIPULATION TO COORDINATE SUMMARY JUDGMENT DEADLINES** <br><br> **[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule IA 6-1, Bank of America, N.A. (**BANA**), West Sahara Community Association (**HOA**), and Noesis Estate Management LLC (**Noesis**) jointly agree and request the court coordinate all outstanding summary judgment deadlines with respect to BANA's summary judgment motion and Noesis's countermotion for summary judgment.  (ECF Nos. 65, 70.)

1

1  BANA filed a summary judgment motion on May 14, 2020.  (ECF No. 65.)  The HOA
2  responded to BANA's summary judgment motion on June 5, 2020.  (ECF No. 68.)  The court set
3  BANA's reply deadline as June 19, 2020.  (ECF No. 68, minutes)  The court extended Noesis's
4  deadline to respond to BANA's summary judgment to June 8, 2020.  (ECF No. 67.)  Noesis
5  responded to BANA's summary judgment motion on June 8, 2020.  (ECF No. 69.)  The court set
6  BANA's reply deadline as June 22, 2020.  (ECF No. 69, minutes)  Noesis also countermoved for
7  summary judgment on June 8, 2020 (ECF No. 70.)  The court set BANA's opposition deadline as
8  June 29, 2020.  (ECF No. 69, minutes)

9  BANA's reply and opposition deadlines are spreasd out over various dates in June 2020: June
10 19, June 22, and June 29.  (ECF Nos. 68-70, minutes.)  In an effort to coordinate briefing, BANA
11 desires to to file a reply supporting summary judgment and an opposition to Noesis's countermotion
12 on June 29, 2020.  This is the parties' first request to extend these deadlines and is warranted to
13 coordinate briefing schedules and avoid three separate briefs.

14 …
15 …
16 …
17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

2

This extension is not requested for purposes of undue delay and will not prejudice any party.

Dated this 9th day of June, 2020.

| **AKERMAN LLP** | **TYSON & MENDES LLP** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Christopher A. Lund* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | THOMAS E. MCGRATH, ESQ.<br>Nevada Bar No. 7086<br>CHRISTOPHER A. LUND, ESQ.<br>Nevada Bar No. 12435<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Bank of America, N.A* | *Attorneys for West Sahara Community Association* |

**GREENE INFUSO, LLP**

*/s/ Sean B. Kirby*
KEITH BARLOW, ESQ.
Nevada Bar No. 12689
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146

*Attorneys for Noesis Estate Management LLC*

## COURT APPROVAL

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of June, 2020.