**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | No.: 2:16-cv-00500-RFB-VCF |
| Plaintiff, | **ORDER EXTENDING SUMMARY JUDGMENT** |
| v. | |
| WEST SAHARA COMMUNITY ASSOCIATION, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** that Defendant Noesis may have until July 15, 2020 to file its reply to Defendant Noesis Estate Management LLC's Counter Motion for Summary Judgment (ECF No. 70).

DATED this 14th day of July, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**