MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br>v.<br><br>WEST SAHARA COMMUNITY ASSOCIATION; ALEX BEREZOVSKY, INDIVIDUAL AND AS TRUSTEE OF THE ABER TRUST; NOESIS ESTATE MANAGEMENT LLC; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>　　　　　Defendants.<br><br>NOESIS ESTATE MANAGEMENT, LLC, a Nevada limited liability company,<br><br>　　　　　Counterclaimant,<br>v.<br><br>BANK OF AMERICA, N.A.; JASON L. SNOW, an individual; and any and all other person unknown claiming any right, title, estate, lien, or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES 1 through 10, inclusive,<br><br>　　　　　Counter-defendants, | Case No.: 2:16-cv-00500-RFB-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN BANK OF AMERICA, N.A., ALEX BEREZOVSKY, AND NOESIS ESTATE MANAGEMENT LLC** |

Bank of America, N.A., Noesis Estate Management LLC, and Alex Berezovsky, individually and as trustee of the Aber Trust, have settled in principle all claims and counter-claims among these parties. The parties hereto will submit a stipulated dismissal upon execution of their settlement agreement and compliance with the material terms.

1

This settlement **does not** impact the remaining claims in this action, including Bank of America's claims against the West Sahara Community Association and ATC Assessment Collection Group, and Noesis's claims against Jason Snow. The parties hereto will attend the March 10, 2021 hearing to address the remaining claims.

Dated this 5th day of March, 2021.

| | |
|---|---|
| **AKERMAN LLP** | **GREENE INFUSO, LLP** |
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A* | */s/ Michael V. Infuso* <br> MICHAEL V. INFUSO, ESQ. <br> Nevada Bar No. 7388 <br> KEITH BARLOW, ESQ. <br> Nevada Bar No. 12689 <br> SEAN B. KIRBY, ESQ. <br> Nevada Bar No. 14224 <br> 3030 S. Jones Blvd., Suite 101 <br> Las Vegas, Nevada 89146 <br><br> *Attorneys for Noesis Estate Management LLC and Alex Berezovsky* |

ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by 4/5/2021 Bank of America, N.A., Noesis Estate Management LLC, and Alex Berezovsky, must file either a stipulated dismissal of the claims and counterclaims among them or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 10:07 am, March 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**