UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A. et.al., | Case No. 2:16-cv-00500-RFB-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| WEST SAHARA COMMUNITY ASSOCIATION, et. al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that, for the reasons stated in ECF No. 103, Counter Claimant Noesis's Motion for Summary Judgment, ECF No. 90, is GRANTED.

**IT IS FURTHER ORDERED** that, for the reasons stated in ECF No. 103, Counter Claimant Noesis's Motion for Default Judgment, ECF No. 100, is GRANTED.

**IT IS FURTHER ORDERED** that any and all title, claims, rights, or interests in the real property commonly known as 3121 Mediterranean Drive, Las Vegas, Nevada 89117; APN l 63-08-717-009 (the "Property"), vested in, held, or otherwise claimed by Defendant Jason L. Snow or Miranda L. Snow is quieted, extinguished, dissolved, and otherwise terminated.

**IT IS FURTHER ORDERED** that Noesis Estate Management, LLC is granted quiet title to the Property, free and clear of any and all claims, rights, and interests to the Property claimed, or that could have been claimed, by Defendants Jason L. Snow and Miranda L. Snow.

**IT IS FURTHER ORDERED** that Defendants Jason L. Snow and Miranda L. Snow have no estate, right, title, or interest in the Property.

The Clerk of the Court is instructed enter judgment in favor of Noesis and to close this case.

**DATED**: March 27, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**