AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Noesis Estate Management LLC,

        Counter Claimant,

    v.

Jason L. Snow,

        Counter Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00500-RFB-BNW

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Default Judgment entered in favor of Counter Claimant Noesiss Estate Management, LLC and against Counter Defendant, Jason L. Snow.

___3/29/2022_____
Date

___DEBRA K. KEMPI_____
Clerk

/s/ K. Ferris_____
Deputy Clerk